United States District Court
Southern District of Texas
**ENTERED**
December 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-01726 |
|---|---|---|---|
|  | | | |

| A.P. MØLLER - MAERSK A/S, TRADING AS MAERSK LINE |
|---|
| *versus* |
| SAFEWATER LINES (I) PVT., LTD., SAMRAT CONTAINER LINES, INC., and ATNI INC. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Rahul Wanchoo<br>Wanchoo Law Offices, LLP<br>24 Old Chimney Road<br>Upper Saddle River, NJ 07458<br>(201) 783-8560; rwanchoo@wanchoolaw.com<br>New York - 2774347<br>Southern District of New York - 8725 |
|---|---|

| Name of party applicant seeks to appear for: | Safewater Lines (I) Pvt. Ltd. and Safewater Lines (India) Pvt. Ltd. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/19/16      Signed: *Rahul Wanchoo*

The state bar reports that the applicant's status is: Active

Dated: 12/20/2016    Clerk's signature: *R. Nauburn*

**Order**         This lawyer is admitted *pro hac vice*.

Dated: December 21, 2016   *Milind Han*
United States District Judge