

**Wanchoo Law Offices, LLP**

ATTORNEYS AT LAW

Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Telephone: (646) 593-8866
Facsimile:  (646) 355-0244

rwanchoo@wanchoolaw.com

24, Old Chimney Road
Upper Saddle River
New Jersey - 07458
Telephone:(201)783-8560
Facsimile: (646) 355-0244

www.wanchoolaw.com

---

February 9, 2017

<u>Via ECF</u>
The Honorable Melinda Harmon
U. S. District Judge
Courtroom 9C, 9th Floor
515 Rusk Avenue
Houston, Texas 77002

**Re:   <u>A.P. Moller-Maersk A/S, Trading AS Maersk Line v. Safewater Lines (I) Pvt. Ltd., et al., Civil Action No. H-13-1726</u>**

Dear Honorable Judge Harmon:

We represent the Defendant, Safewater Lines (I) Pvt. Ltd. ("Safewater"), in the above-referenced matter. We write to clarify the Court's Opinion and Order dated January 31, 2017 (Doc. #84), dismissing the Plaintiff's claims against Safewater with prejudice and denying Samrat's Request for Entry of Default Judgment.

By way of background, Samrat has sued Safewater in the District of New Jersey under Civil Action No. 14-9585 (RJS), which matter has been proceeding through discovery. That action includes a claim related to the Plaintiff's action against Samrat in this Court, seeking to recover the amount sought by Maersk.

Following this Court's January 31, 2017 Order, on February 1, 2017, I wrote to Samrat's counsel conveying my assumption that Samrat would drop the Plaintiff's claim from the New Jersey action. In response, on February 8, 2017, Samrat's attorney stated that the Court's Order denied Samrat's first motion for entry of default against Safewater, filed March 8, 2016 (Doc. #57); but that the January 31 Order "does not address, in any respect," the December 21, 2016 Order (Doc. #75) granting Samrat's second motion for a default judgment.

Wrote Samrat's counsel: "It is the second default judgment which you have moved to vacate (ECF 79) and which Samrat has opposed (ECF 81). That motion is pending, and, therefore, Samrat respectfully declines your request to withdraw its Maersk-related claim in the New Jersey action."

In light of the foregoing, we are writing to ask the Court's clarification and guidance as to the scope of its January 31, 2017 Order – specifically, whether it addresses/covers both Samrat's March 8, 2016 Motion for Entry of Default against Safewater (#57) and the December 21, 2016

1

Order granting Samrat's second Motion for a Default Judgment (#75), or, as maintained by Samrat, only the former.

                Respectfully submitted,

                WANCHOO LAW OFFICES, LLP

                */s/ Rahul Wanchoo*
                Rahul Wanchoo (admitted pro hac vice)

cc:    **Via ECF**
       All Counsel of Record